*In re* ROSA VARGAS HERNÁNDEZ.

*Número:* TS-8437          *Resuelto:* 8 de abril de 2005

*Rosa Vargas Hernández, pro se.*

## RESOLUCIÓN

Vista la moción informativa de 1 de marzo de 2005 presentada por la Lcda. Rosa Vargas Hernández, *se aclara que la reinstalación incluía el ejercicio como notaria.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Rebollo López no intervino.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*